UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

------------------------------------------------------------------X

**HUMANE CONSUMER LLC,**

         Plaintiff,

-against-

**COB ECOMMERCE EMPIRE LLC** d\b\a Keeva Organics, **CRAWFORD AND O'BRIEN LLC, CHARLES CRAWFORD, MICHAEL O'BRIEN** and **AMAZON COM, INC.,**

         Defendants.

------------------------------------------------------------------X

Civil Action No.
18-cv-5622 (PKC)

**RULE 7.1
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Humane Consumer LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

Dated: New York, NY
    June 26, 2018

*[signature]*

**PAUL W. SIEGERT** (PS 8521)
Attorney for Plaintiff
*Humane Consumer LLC*
307 Fifth Avenue, 4th Floor
New York, NY 10016
**Tel:   (212) 564-8181**
Fax:   (212) 564-4414
Email:   paulsiegert@aol.com