Paul W. Siegert (PS 8521)
Email: paulsiegert@aol.com
307 Fifth Avenue, 4th Floor
New York, NY 10016
Tel: 212-564-8181
Fax: 212-564-4414

*Attorney for Plaintiff Humane Consumer LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC, <br><br> Plaintiff, <br><br> v. <br><br> COB ECOMMERCE EMPIRE LLC d/b/a Keeva Organics, CRAWFORD AND O'BRIEN LLC, CHARLES CRAWFORD, MICHAEL O'BRIEN and AMAZON.COM, INC., <br><br> Defendants. | Case No. 1:18-cv-05622-PKC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF AMAZON.COM, INC.** <br><br> SO ORDERED <br> /s/ P. Kevin Castel USDJ <br> 8-1-18 |

Plaintiff, Humane Consumer LLC voluntarily dismisses Amazon.com, Inc. from this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Amazon.com, Inc. has not filed an answer or a motion for summary judgment in this action.

Dated: July 31, 2018

Respectfully submitted,

s/ *Paul W. Siegert*
Paul W. Siegert (PS 8521)
Email: paulsiegert@aol.com
307 Fifth Avenue, 4th Floor
New York, NY 10016
Tel: 212-564-8181
Fax: 212-564-4414