UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC, | Civil Action No. 18-cv-5622 (PKC) |
| Plaintiff, | NOTICE OF APPEARANCE OF STEVEN M. RICHMAN ON BEHALF OF DEFENDANTS COB ECOMMERCE EMPIRE LLC AND CHARLES CRAWFORD |
| v. | |
| COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Steven M. Richman, of the firm of Clark Hill PLC, hereby enters his appearance as counsel of record on behalf of defendants COB ECOMMERCE EMPIRE LLC AND CHARLES CRAWFORD. All Rule 12(b) defenses are reserved.

Respectfully submitted this 29 day of August 2018

CLARK HILL PLC

*/s/ Steven M. Richman*
Steven M. Richman, Esq.
Clark Hill PLC
830 Third Avenue
Suite 200
New York , NY 10022
646.395.8580
646.395.8700 (Fax)

210 Carnegie Center
Suite 102
Princeton, NJ 08540
Phone: (609) 786-2911
Fax: (609) 785-2971
Email: srichman@clarkhill.com

*Counsel for Defendants COB Ecommerce Empire LLC and Charles Crawford*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be served a true and correct copy of the foregoing via ECF to all counsel of record.

This 29th day of August, 2018.

*/s/ Steven M. Richman*
Steven M. Richman
