UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al.,<br><br>    Defendants. | Civil Action No. 18-cv-5622 (PKC)<br><br>NOTICE OF APPEARANCE OF BORIS BROWNSTEIN ON BEHALF OF DEFENDANTS COB ECOMMERCE EMPIRE LLC AND CHARLES CRAWFORD |

PLEASE TAKE NOTICE THAT Boris Brownstein, of the firm of Clark Hill PLC, hereby enters his appearance as counsel of record on behalf of defendants COB ECOMMERCE EMPIRE LLC AND CHARLES CRAWFORD.  All Rule 12(b) defenses are reserved.

Respectfully submitted this 29 day of August 2018

CLARK HILL PLC

*/s/ Boris Brownstein*
Boris Brownstein, Esq.
Clark Hill PLC
830 Third Avenue, Suite 200
New York , NY 10022

210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (212) 381-7651
Fax: (609) 785-2971
Email: bbrownstein@clarkhill.com

*Counsel for Defendants COB Ecommerce Empire LLC and Charles Crawford*

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a true and correct copy of the foregoing via ECF to all counsel of record.

This 29th day of August, 2018.

*/s/ Steven M. Richman*
Steven M. Richman