# CLARK HILL

Steven M. Richman
T 609.785.2911
F 609.785.2971
Email: SRichman@ClarkHill.com

Clark Hill PLC
210 Carnegie Center
Suite 102
Princeton, NJ 08540
T 609.785.2900
F 609.785.2999

clarkhill.com
Resident Member
Steven M. Richman, Esq.

September 12, 2018

**Via ECF:**

Honorable P. Kevin Castel, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

          **Re:**     **1:18-cv-05622-PKC**  Humane Consumer LLC v. COB Ecommerce Empire LLC
                                          et al.

Dear Judge Castel:

      We represent Plaintiffs in this matter and have appeared for COB Commerce Empire LLC and Charles Crawford ("COB Defendants"). In the joint letter to the Court dated August 30, 2018, in anticipation of the September 6 initial conference, we advised that "Counsel for COB Defendants has agreed to accept service of process by mail, while reserving all rights, and Counsel for Plaintiff has agreed to extend the deadline for COB Defendants to respond to the Complaint to October 1, 2018. It is respectfully requested that the Court grant and/or so-order this extension of time for COB Defendants to respond to the complaint. No such requests have been previously made." (emphasis added)

      Since the initial conference was adjourned to November 2, we were unable to address the extension at the conference. Your Honor's individual practices indicate such a request is made by letter, so we would ask that this extension of time to respond to the complaint be "so ordered."

*[Handwritten annotations:]* Time to answer or move extended to October 1.

Conference Adjourned
From: November 2
To: NOV. 16, 2018 at 11:15 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 9-17-18

220244896

Honorable P. Kevin Castel, U.S.D.J.<br>
September 12, 2018<br>
Page 2

I also note that I will be in Portugal on business on November first, and either flying back November 2 or November 3, so would request that the initial conference be either November 5 or November 8 or 9.

Respectfully submitted,

s/*Steven M. Richman/*

Cc:   Paul Siegert, Esq. (via ECF)
      Boris Brownstein, Esq. (via ECF)