UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC, | Civil Action No. 18-cv-5622 (PKC) |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT BY COB ECOMMERCE EMPIRE LLC** |
| COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS and CHARLES CRAWFORD, state that CHARLES CRAWFORD is the sole member COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS and no publically held corporation owns more than a 10% membership interest in COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS.

RESPECTFULLY SUBMITTED,

Dated: September 24, 2018

*/s/ Steven M. Richman/*
Steven M. Richman
CLARK HILL PLC
830 Third Avenue
Suite 200
New York, NY 10022
Phone: (212) 709-8084

210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Email: srichman@clarkhill.com
*Counsel for Counterclaimant and Third Party Plaintiff COB Ecommerce Empire LLC*

220276749

- 2 -

## CERTIFICATE OF SERVICE

      I, Steven M. Richman, of full age, certify that on September 24, 2018, I caused a copy of this Disclosure Statement to be served via ECF on all counsel of record registered for electronic service.

*s/Steven M. Richman/*