# PAUL W. SIEGERT
*Attorney & Counselor at Law*
307 Fifth Avenue, 4th Floor
New York, NY 10016
Tel: (212) 564-8181
Fax: (212) 564-4414
Email: paulsiegert@aol.com

October 9, 2018

Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re:   <u>Humane Consumer LLC v. COB Ecommerce
      Empire LLC, et. al. U.S. District Court,
      Southern District of New York
      Docket No. 1:18-cv-05622 (PKC)</u>

Dear Judge Castel:

I represent the plaintiff, Humane Consumer LLC.

Issuance of summonses against two defendants, Michael O'Brien and Crawford and O'Brien, was effected on July 5, 2018 and service had to be made within 90 days pursuant to FRCP 4(m). At the time, our best information and belief was that the proper addresses for service were as follows:

Michael O'Brien
1150 N. 87th Place
Scottsdale, AZA 85257

Crawford and O'Brien
1303 W 10th Street
Tempe, AZ 85261

Service of the summons and complaint was not made at these addresses within the time limit imposed. I mistakenly believed that Clark Hill, attorneys for Cobb Ecommerce Empire LLC and Charles Crawford, would also be appearing for these defendants because of the Crawford and O'Brien partnership. However, they did not.

Mr. Siegert to Judge Castel
Letter of October 9, 2018
Humane Consumer LLC v. COB Ecommerce Empire LLC, et. al.

**Page 2.**

---

I have recently learned that Michael O'Brien has relocated to 1838 Pacific Avenue, San Francisco, CA 94109-2340. Service on both of these defendants can be made upon him.

Based upon the foregoing, it is asked that the time for service upon these two defendants be extended to October 31, 2018.

No previous application has been made.

Consent of the attorneys who have appeared for other defendants is unnecessary.

Thank you for your kind attention.

Most respectfully,

Paul W. Siegert

PWS/sp
cc: Clark Hill (SRichman@ClarkHill.com)