UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Humane Consumer LLC,

               Plaintiff(s),                       18-cv-5622 (PKC)

        -against-                       MEDIATION REFERRAL
                                               ORDER DECLARING CASE
COB Ecommerce Empire LLC, d/b/a         ELIGIBLE FOR MEDIATION
Keeva Orangics, et al.,

               Defendant(s).
-----------------------------------------------------------x


To the Clerk of Court:

1.     This case is determined to be eligible for mediation as to all issues.

2.     The entire mediation process is confidential.  The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties agree.  The identity of the Mediator is not to be disclosed to the Court.  However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to administer or evaluate the program; parties, and counsel and mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

3.     The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence.  The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relating to the dispute, including actions between persons not parties to the mediation process.

4.     Entry of this case into the Court's mediation program shall not be deemed to change any timetable set by the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice or trial date.

5.     Mediation session is scheduled for December 11, 2018 at 10:00 a.m.  Mediator may adjust date of first session by seven days.


       SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge


Dated:  New York, New York
            November 16, 2018