UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC, | Civil Action No. 18-cv-5622 (PKC) |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT BY CRAWFORD AND O'BRIEN LLC** |
| COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant states that there is no parent corporation or publicly held corporation owning 10% or more of its membership interest.

RESPECTFULLY SUBMITTED,

Dated:  November 27, 2018

*/s/ Steven M. Richman/*
Steven M. Richman
CLARK HILL PLC
830 Third Avenue
Suite 200
New York , NY 10022
Phone: (212) 709-8084

210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Email: srichman@clarkhill.com
*Counsel for Defendant Crawford and O'Brien LLC*

**CERTIFICATE OF SERVICE**

I, Steven M. Richman, of full age, certify that on September 24, 2018, I caused a copy of this Disclosure Statement to be served via ECF on all counsel of record registered for electronic service.

*s/Steven M. Richman/*

220630229