UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC,<br><br>                                Plaintiff,<br><br>v.<br><br>COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, CRAWFORD AND O'BRIEN LLC, CHARLES CRAWFORD, MICHAEL O'BRIEN AND AMAZON.COM, INC.,<br><br>                                Defendants. | Civil Action No.: 18-civ-05622 (PKC) |

COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS,

               Defendant/Third Party Plaintiff,

v.

MICHAEL KIM,

               Third Party Defendant.

COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al.,

             Defendant/Counterclaim Plaintiff,

v.

HUMANE CONSUMER LLC,

             Plaintiff/Counterclaim Defendant.

47131703;1

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Ira S. Sacks, Esq. of Akerman LLP, hereby appears as counsel in this case for Plaintiff and Counterclaim Defendant HUMANE CONSUMER LLC and Third Party Defendant MICHAEL KIM.

I am admitted or otherwise authorized to practice in this Court, and I hereby request that all orders, pleadings, and other documents filed or served in this action be served on me at the address listed below.

Dated: New York, NY
November 30, 2018

Respectfully submitted,
**AKERMAN LLP**

*s/ Ira S. Sacks*
Ira S. Sacks
666 Fifth Avenue, 20th Floor
New York, New York 10103
(212) 880-3800
ira.sacks@akerman.com

*Attorneys for Plaintiff and Counterclaim Defendant Humane Consumer LLC and Third Party Defendant Michael Kim*