UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC,<br><br>            Plaintiff,<br><br>v.<br><br>COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, CRAWFORD AND O'BRIEN LLC, CHARLES CRAWFORD, MICHAEL O'BRIEN AND AMAZON.COM, INC.,<br><br>            Defendants. | Civil Action No.: 18-civ-05622 (PKC) |

COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS,

            Defendant/Third Party Plaintiff,

v.

MICHAEL KIM,

            Third Party Defendant.

COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al.,

            Defendant/Counterclaim Plaintiff,

v.

HUMANE CONSUMER LLC,

            Plaintiff/Counterclaim Defendant.

47126975;2

## STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

WHEREAS, Plaintiff and Counterclaim Defendant Humane Consumer LLC and Third Party Defendant Michael Kim are desirous to retain the services of Ira S. Sacks and Mark S. Lafayette of Akerman LLP as their counsel in this action in substitution to their current counsel Paul W. Siegert;

WHEREAS, Paul W. Siegert has no objection to such substitution and desires to withdraw as counsel in this action; and

WHEREAS, the action is in its earliest stages with certain parties having not yet answered the complaint and with discovery having not yet commenced.

IT IS HEREBY STIPULATED, REPRESENTED, AGREED AND ORDERED as follows:

1. Ira S. Sacks and Mark S. Lafayette of Akerman LLP shall be substituted in the place of Paul W. Siegert as counsel for Plaintiff and Counterclaim Defendant Humane Consumer LLC and Third Party Defendant Michael Kim.

2. With the consent of Plaintiff and Counterclaim Defendant Humane Consumer LLC and Third Party Defendant Michael Kim, Paul W. Siegert be permitted to withdraw and be relieved of all further responsibility to Plaintiff and Counterclaim Defendant Humane Consumer LLC and Third Party Defendant Michael Kim in the above referenced litigation.

3. Paul Siegert represents and warrants that he is not asserting a charging or retaining lien in connection with this matter.

Dated: New York, New York
       November 30, 2018

Akerman LLP

_____
By: Ira S. Sacks
Mark S. Lafayette
666 Fifth Avenue, 20th Floor
New York, New York 10003
212-880-3800
ira.sacks@akerman.com
mark.lafayette@akerman.com
Incoming Attorneys for Plaintiff
and Counterclaim Defendant
Humane Consumer LLC and Third
Party Defendant Michael Kim

_____
Paul W. Siegert
307 Fifth Avenue, 4th Floor
New York, New York 10016
212-564-8181
paulsiegert@aol.com
Outgoing Attorney for Plaintiff and Counterclaim
Defendant Humane Consumer LLC and Third Party
Defendant Michael Kim

Acknowledged And Agreed To:

Humane Consumer LLC

_____
Michael Kim, General Manager

_____
Michael Kim

SO ORDERED:
_____    12-4-18
Hon. P. Kevin Castel
United States District Judge