UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANE CONSUMER LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, CRAWFORD AND O'BRIEN LLC, CHARLES CRAWFORD, MICHAEL O'BRIEN AND AMAZON.COM, INC.,<br><br>                Defendants. | Civil Action No.: 18-civ-05622 (PKC)<br><br>**STIPULATION AND [PROPOSED] ORDER** |
| COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS,<br><br>                Defendant/Third Party Plaintiff,<br><br>    v.<br><br>MICHAEL KIM,<br><br>                Third Party Defendant. | |
| COB ECOMMERCE EMPIRE LLC d/b/a KEEVA ORGANICS, et al.,<br><br>                Defendant/Counterclaim Plaintiff,<br><br>    v.<br><br>HUMANE CONSUMER LLC,<br><br>                Plaintiff/Counterclaim Defendant. | |

WHEREAS, plaintiff Humane Consumer LLC ("Humane") and defendants COB Ecommerce Empire LLC d/b/a Keeva Organics, Crawford and O'Brien LLC and Charles Crawford (collectively, the "COB Defendants") and third-party defendant Michael Kim ("Kim" and together with Humane and the COB defendants, hereinafter the "Parties"), have executed a Settlement Agreement (the "Settlement Agreement");

NOW, THEREFORE it is hereby STIPULATED AND ORDERED, as follows:

1. This action and all claims, counterclaims and third party claims are hereby dismissed, with prejudice, and without costs or fees, including attorney's fees, to any Party.

Dated: New York, New York
April 3, 2019

Akerman LLP

By: Ira S. Sacks
Mark S. Lafayette
666 Fifth Avenue, 20th Floor
New York, New York 10003
212-880-3800
ira.sacks@akerman.com
mark.lafayette@akerman.com
Attorneys for Plaintiff and
Counterclaim Defendant Humane
Consumer LLC and Third Party
Defendant Michael Kim

Clark Hill, PLC

By: Steven M. Richman
210 Carnegie Center, Suite 102
Princeton, New Jersey 08540
srichman@clarkhill.com
Attorneys for Defendant, Third
Party Plaintiff and Counterclaim
Plaintiff COB Ecommerce Empire
LLC and Defendants Charles
Crawford and Crawford & O'Brien
LLC

SO ORDERED:

Hon. P. Kevin Castel
United States District Judge

4-3-19

2